| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE–POSTMASTER | |

Received From: United States Attorney's Office
Southern District of Ohio
303 Marconi Blvd, Suite 200
Columbus, OH 43215

One piece of ordinary mail addressed to

David L. Anderson
842 Rockdale Avenue
Cincinnati, Ohio 45229

PS Form 3817, January 2001

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$00.90°
MAR 24 2005
PITNEY BOWES
02 1A
0004201376
MAILED FROM ZIP CODE 43215