UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                Case No. 1:00CV361

    v.

DAVID L. ANDERSON
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Black

Courtroom Deputy: **Jan Lahley**
Court Reporter:
Date/Time:     11/28/05, 4:35 PM
United States Attorney:     Ralph Kohnen    *Nick Pontel*
Defendant Attorney     Federal Public Defender   *W. Kelly Johnson*

[X] **Initial Appearance Hearing** on [] Complaint; [] Indictment; [] Information; or [] petition for supervised release

[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. **FPD**

*As submitted to JD Beyer, contempt purged + no further hearing needed*

**Detention Hearing:** [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[X] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict     [ ] Info   [ ] Indict Read   [ ] Info Read
Defendant pleads:     [ ] GUILTY     [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: