IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 DEC -5 PM 1:41

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                           : CIVIL NO: C-1-00-361
                                                              : MAGISTRATE JUDGE HOGAN

DAVID L. ANDERSON,

842 Rockdale Avenue
Cincinnati, OH 45229
    Defendant.                             **BENCH WARRANT**


TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**David L. Anderson** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT** for the **SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**, at **CINCINNATI, OHIO**, to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

**\*Marshal shall locate
Defendant and transport
to Federal Courthouse
in Cincinnati, Ohio.**

**\* Marshal shall not input
Defendant's Personal information
into Criminal data base until
the Court and the U.S. Attorney's
Office have been notified.**

**James Bonini, Clerk**

UNITED STATES DISTRICT COURT

*Arthur Hill*
By: Deputy Clerk

Date: 6-8-05

**RETURN**

This Bench Warrant was received and executed with the arrest of the above named Defendant at _Cincinnati, OHIO_ .

DATE RECEIVED    6-8-05

DATE OF ARREST    11-28-05

DATED AT CINCINNATI, OHIO ON

11/28/05

Signature of Arresting Officer

_[signature]_, DUSM

Title of Arresting Officer

Deputy U.S. Marshal